IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MELANIE HOWARD MUSIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:08-0979 |
| | ) | Judge Trauger |
| WARNER BROS. RECORDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 52) filed by the defendant, Warner Bros. Records, Inc. (WBR), is **GRANTED IN PART AND DENIED IN PART**, the Request for Summary Judgment *Sua Sponte* (Docket No. 51) filed by the plaintiff, Melanie Howard Music, Inc. (MHM), is **DENIED**, and the defendant's Motion to Dismiss (Docket No. 22) is **DENIED AS MOOT,** as it was subsumed into the Motion for Summary Judgment.

It is so ordered.

Enter this 10th day of November 2009.

ALETA A. TRAUGER
United States District Judge